

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-13-00444-CV

Style:                       Ken Ogbonnia

                             **v** Houston Funding II, Ltd.

Date motion filed*:          July 25, 2013

Type of motion:              Motion for extension of time to pay appellate filing fee

Party filing motion:         Appellant

Document to be filed:

Is appeal accelerated?       No

If motion to extend time:
         Original due date:
         Number of previous extensions granted:          Current Due date:
         Date Requested:

Ordered that motion is:

   ☑        Granted in part

            If document is to be filed, document due:

            ☐        The Court will not grant additional motions to extend time

   ☐        Denied

   ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐        Other: _____

   **We order appellant to pay the filing fee by no later than 5:00 p.m. on August 26, 2013 or this appeal will be dismissed.** *See* **TEX. R. APP. P. 5, 42.3.**

Judge's signature:   /s/ Harvey Brown
                     ☑ Acting individually      ☐ Acting for the Court

Panel consists of   _____

Date: August 16, 2013

November 7, 2008 Revision